**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**SYLVIA SHARP,**

     **Plaintiff,**

**vs.**                          **Case No. 4:10cv374-RH/WCS**

**FEDERAL BUREAU OF PRISONS,
et al.,**

     **Defendants.**

_____/


**O R D E R**

     Plaintiff, proceeding *pro se*, filed an amended civil rights action on September 23, 2010, doc. 6, and service was directed on the seven named Defendants on November 16, 2010.  Doc. 12.  Service was returned unexecuted on three of the Defendants (Butts, Caldwell, and Hanley), doc. 14, and stating that two of those Defendants have retired and Defendant Butts was transferred.  *Id.*  By court order entered on January 21, 2011, the Warden was directed to advise whether a last known address for those three Defendants could be provided in confidence to the United States Marshals service.  Doc. 19.  The deadline for doing so was February 28, 2011, doc. 19, and a clear response was not provided to that motion.  Nevertheless, a limited notice of appearance

has been filed, and all seven Defendants have filed a motion for judgment in favor of the Defendants, asserting that Plaintiff failed to exhaust administrative remedies.  Doc. 24.

This order advises Plaintiff to respond to the motion.  Plaintiff is advised that she must file her response no later than **April 15, 2011**.  If Plaintiff does not agree that she failed to exhaust administrative remedies, Plaintiff should submit copies of all grievances she filed concerning the events raised in this case.  If Plaintiff agrees that she did not exhaust administrative remedies, Plaintiff may simply file a notice of voluntary dismissal under FED. R. CIV. P. 41.  Finally, Plaintiff is advised that pursuant to the local rules of this Court, failure to file a response may be sufficient cause to grant the unopposed motion.  N.D. Fla. Loc. R. 7.1(C)(1).

Accordingly, it is **ORDERED:**

1.  Plaintiff shall have until **April 15, 2011**, to file a response to Defendants' motion for judgment as a matter of law, doc. 24.

2.  **Failure to comply with this Court order may result in a recommendation of dismissal of this action.**

3.  Plaintiff shall immediately file a notice to the Clerk's Office in the event that her address changes or she is transferred or released from custody.

4.  The Clerk of Court shall return this file to me upon receipt of Plaintiff's response or no later than April 15, 2011.

**DONE AND ORDERED** on March 14, 2011.


S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**