# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SYLVIA SHARP,

      Plaintiff,

v.                                     CASE NO. 4:10cv374-RH/WCS

FEDERAL BUREAU OF PRISONS
et al.,

      Defendants.

_____/


## ORDER OF DISMISSAL


This case is before the court on the magistrate judge's report and recommendation, ECF No. 26.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B) for failing to exhaust administrative remedies."  The clerk must close the file.

SO ORDERED on June 7, 2011.

s/Robert L. Hinkle
United States District Judge